WILLIAM J. SCOTT, Attorney General, for Respondent.

HOLDERMAN, J.

(No. 73-CC-6—Claimant ▮)

GULF OIL COMPANY—U.S., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CONSERVATION, Respondent.

*Opinion filed October 11, 1973.*

GULF OIL COMPANY—U.S., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.